639 A.2d 1180

**Malka C. GOODSTEIN**

v.

**Martin E. GOODSTEIN and Rosenfelt, Siegel & Goldberg, P.C.**

**Appeal of ROSENFELT, SIEGEL & GOLDBERG, P.C.**

Supreme Court of Pennsylvania.

Argued April 7, 1994.

Decided April 22, 1994.

Eugene A. Spector, Philadelphia, for appellant.

Carl N. Martin, II, Philadelphia, for appellee.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.